1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMAL K. ROY,

       Plaintiff,                 CIV-S-07-1665 MCE GGH PS

   vs.

UNKNOWN,

       Defendant.             <u>ORDER</u>

_____/

       Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an illegible application to proceed without prepayment of fees. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within twenty days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

////

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

DATED: 10/23/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Roy1665.ifp.wpd